**Abatement Order filed September 26, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00978-CV
_____

**GLORIA GURKA AND ERIC BROCK, Appellants**

**V.**

**TRACY GURKA, Appellee**

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-42514**

## ABATEMENT ORDER

This appeal is from a judgment signed October 26, 2011. It appears from the record that the judgment is not final.

Texas Rule of Appellate Procedure 27.2 provides as follows:

The appellate court may allow an appealed order that is not final to be modified so as to be made final and may allow the modified order and all proceedings relating to it to be included in a supplemental record.

Tex. R. App. P. 27.2. Thus, this court has discretion to permit the parties to take the steps necessary to make the order being appealed final.

Accordingly, we order the case abated and remanded to the trial court for a period of thirty days to permit the parties to obtain an order severing the paternity claim from the wrongful death suit. A supplemental clerk's record containing the order of severance and shall be filed with the clerk of this court on or before **October 26, 2012**.

The appeal is abated, treated as a closed case, and removed from this court=s active docket. The appeal will be reinstated on this court's active docket when the supplemental clerk's record is filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM